NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 06a0543n.06
Filed: August 1, 2006

No. 05-5669

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT


MONROE L. COLEMAN-BEY,                    )
                                          )     ON APPEAL FROM THE
        Plaintiff-Appellant,              )     UNITED STATES DISTRICT
                                          )     COURT FOR THE EASTERN
v.                                        )     DISTRICT OF KENTUCKY
                                          )
DAN DOVE, et al.,                         )             **O P I N I O N**
                                          )
        Defendants-Appellees.             )


BEFORE:    DAUGHTERY and COOK, Circuit Judges; COLLIER, District Judge.[*]

        PER CURIAM.  Monroe Coleman-Bey, acting *pro se*, appeals the district court's dismissal

of his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241.  After reviewing the

record, Mr. Coleman-Bey's brief, and the applicable law, we conclude no jurisprudential purpose

would be served by a panel opinion.  Accordingly, we **AFFIRM** the judgment of the district court

upon the reasoning set out by that court in its order and opinion entered on March 24, 2005.

---

[*]The Honorable Curtis L. Collier, United States District Judge for the Eastern District of Tennessee, sitting by
designation.